

# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764

Email: info@aiellocannick.com
Jennifer Arditi

Of Counsel
John S. Esposito
Anthony J. Rattoballi

March 2, 2023

**VIA FACSIMILE – 212-805-7942 & ECF**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jovanny Cornielle**
      **Case Number:  1:22-cr-00694-AKH**

Dear Judge Hellerstein:

> *Conf is adjourned and time is excluded until 4/3/2023 at 11:00 a.m., in the interest of justice.*
> *X /s/ Alvin K. Hellerstein, U.S.D.J.*
> *3/3/2023*

    We are the attorneys for Jovanny Cornielle. Mr. Cornielle is scheduled to appear before Your Honor on March 6th, 2023 for a status conference. Inasmuch as I have a firm date to start a homicide trial on Monday, March 6th, 2023 at 9:30 a.m. in Bronx County before the Honorable Justice Fabrizio, I respectfully request that the Cornielle matter be adjourned until March 27th or March 30th.

    Please know that we have not made a prior application for such relief. AUSA Andrew Jones and counsel Ken Womble also consent to our request.

    Thank you in advance for your consideration.

                                        Respectfully submitted,

                                        */s/ Deveraux L. Cannick*
                                        Deveraux L. Cannick

DLC/mw
cc:   AUSA Andrew Jones, andrew.jones2@usdoj.gov,
      Ken Womble, womble@brooklynattorney.nyc