

# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

———

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

March 24, 2023

**VIA FACSIMILE – (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

So ordered
3-27-23
Alvin K Hellerstein

> **Re:** **United States v. Jovanny Cornielle, et al.**
> **Case No.:** 1:22-cr-00694-AKH

Dear Judge Hellerstein:

Mr. Cornielle is scheduled to appear before Your Honor on April 3rd, 2023 at 10:00 a.m. Unfortunately, I will still be on trial in the matter of People v. Jermaine Sutherland before the Honorable Timothy Lewis in Bronx County. We respectfully request that Mr. Ken Womble appear on my behalf to represent Mr. Cornielle.

He and I have discussed the foregoing and Mr. Cornielle consents to Mr. Womble appearing with him on my behalf for the scheduled status conference before Your Honor on April 3rd, 2023.

Thank you in advance for your consideration.

Very truly yours,
/s/ Deveraux L. Cannick

Deveraux L. Cannick

DLC/mw
cc:     Ken Womble, via email - womble@brooklynattorney.nyc
        Andrew Jones, via email - andrew.jones2@usdoj.gov