

# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

Jennifer Arditi

July 18, 2023

**VIA ECF & FACSIMILE – (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *The change of plea hearing is adjourned and time is excluded until Sept 12, 2023 at 12pm; in the interest of justice.*
>
> *X /s/ A. Hellerstein 7/19/2023*

**Re:    United States v. Jovanny Cornielle, et al.**
       **Case No.:** 1:22-cr-00694-AKH

Dear Judge Hellerstein:

Please know that the parties have reached a resolution in the above referenced matter.

Inasmuch as I have to prepare Mr. Cornielle for the change of plea hearing, I respectfully request that the matter be adjourned until the 30th of August 2023.

Thank you in advance for your consideration.

Very truly yours,
/s/ *Deveraux L. Cannick*
Deveraux L. Cannick

DLC/mw

cc:    Ken Womble, via email - womble@brooklynattorney.nyc
       Andrew Jones, via email - andrew.jones2@usdoj.gov