UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                                    **SCHEDULING ORDER**

                                    22 Cr. 694 (AKH)

    -against-

JOVANNY CORNIELLE

                         Defendant.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are ordered to appear in court on December 13, 2023 at 12:00 p.m. to appoint the Defendant new CJA counsel.

       SO ORDERED.

Dated:    December 8, 2023               /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                                   United States District Judge